IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

2005 SEP 22  A 9: 42

| | |
|---|---|
| WILLIAM C. MEIGS, d/b/a ABANDA TIMBER, | ) ) ) |
| Plaintiff, | ) ) |
| v. | )  CIVIL ACTION NO.: 3:05CU903-T ) |
| PROGRESSIVE SPECIALTY INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) |

## NOTICE OF REMOVAL

Comes now the defendant, Progressive Specialty Insurance Company ("Progressive"), and files this Notice of Removal of this case from the Circuit Court of Tallapoosa County, Alabama, in which it is now pending to the United States District Court for the Middle District of Alabama, Eastern Division, and shows unto the Court the following:

I.

This case was commenced in the Circuit Court of Tallapoosa County, Alabama, on August 15, 2005, and is now pending in that court.

II.

This case is a civil action for damages arising out of a bad faith claim based upon Progressive's failure to pay for comprehensive loss to the plaintiff's 1997 International truck and trailer.

III.

The action is one of a civil nature over which the District Courts of the United States have original jurisdiction because of diversity of citizenship and the amount in controversy.

IV.

The matter in dispute exceeds the sum of $75,000, exclusive of interest and costs, as will more fully appear by the plaintiff's complaint which is attached as Exhibit "A". The plaintiff is seeking an unspecified amount of compensatory and punitive damages for bad faith and breach of contract.

V.

The plaintiff, William C. Meigas, was at the time of the commencement of this action and now is, a resident citizen of the state of Alabama.

VI.

The defendant Progressive is a corporation incorporated and organized in the state of Ohio, having its principal place of business in the state of Ohio.

VII.

The petition is timely filed with this Court pursuant to 28 U.S.C. §1446(b). This notice is being filed within 30 days after the date that Progressive was served with the complaint. Progressive was served on August 17, 2005.

VIII.

A copy of this Notice of Removal will be filed with the clerk of the Circuit Court of Tallapoosa County, Alabama in accordance with 28 U.S.C. § 1446(d).

Progressive requests that this Court will take jurisdiction of this case and will issue all necessary orders and process in order to remove the case from the Circuit Court of Tallapoosa County, Alabama, to the United States District Court for the Middle Division of the Eastern District of Alabama.

_____
R. Larry Bradford, Attorney for Defendant
Attorney Bar Code: BRA039

OF COUNSEL:

Bradford Law Firm, P.C.
2020 Canyon Road, Suite 100
Birmingham, AL 35216
(205) 871-7733

## CERTIFICATE OF SERVICE

I hereby certify that I have this the 31 day of August, 2005, served a copy of the foregoing to all attorneys of record by placing a copy of same in the United States Mail, postage prepaid and properly addressed as follows:

Mack Clayton, Esq.
P.O. Box 221
Alexander City, Alabama 35011-0221

_____
OF COUNSEL