IN THE CIRCUIT COURT OF TALLAPOOSA COUNTY, ALABAMA
AT ALEXANDER CITY

| | |
|---|---|
| WILLIAM C. MEIGS, d/b/a ABANDA TIMBER, * * * | |
| PLAINTIFF, * * | |
| VS. * | CASE NO. CV-2005-_168_ |
| * | |
| PROGRESSIVE SPECIALTY INSURANCE COMPANY, a corporation, * * * * | |
| DEFENDANT. * | |



## COMPLAINT

### Count I

1. The Plaintiff is an individual doing business as Abanda Timber and is a resident of the State of Alabama.

2. The Defendant is a foreign corporation licensed to do business by agent in the State of Alabama.

3. On or about the 16th day of October, 2004, the Defendant issued a policy of insurance, #04759718-3, to Plaintiff insuring Plaintiff's vehicles against damages.

4. On or about the 8th day of December, 2003, Plaintiff's 1997 International truck/tractor was damaged and/or destroyed by accident.

5. Plaintiff gave timely notice of said loss under his insurance policy and made a claim for benefits thereunder for the damages and loss of use.

6. Defendant has refused to pay said claim.

WHEREFORE, Plaintiff demands judgment against Defendant in a sum to be determined by the trier of fact, said sum to be in excess of this court's minimum jurisdiction.

## Count II

7. The Plaintiff is an individual doing business as Abanda Timber and is a resident of the State of Alabama.

8. The Defendant is a foreign corporation licensed to do business by agent in the State of Alabama.

9. On or about the 16th day of October, 2004, the Defendant issued policy of insurance #04759718-3 to Plaintiff insuring Plaintiff's vehicles against damages.

10. On or about the 8th day of December, 2003, Plaintiff's 1997 International truck/tractor was damaged and/or destroyed by accident.

11. Plaintiff gave timely notice of said loss under his insurance policy and made a claim for benefits thereunder for the damages and loss of use.

12. Defendant has intentionally refused to pay the Plaintiff's claim under said policy and has denied the same without lawful justification.

13. Defendant's refusal to pay said claim was not based upon any reasonably legitimate, arguable or debatable reason.

14. Defendant knew there was no legitimate, arguable or debatable reason for denying the Plaintiff's claim when Defendant refused to pay said claim.

15. The Defendant acted in bad faith in refusing to pay said claim.

16. Plaintiff claims punitive damages of the Defendant.

WHEREFORE, Plaintiff demands judgment against Defendant in a sum to be determined by the trier of fact, said sum to be in excess of this court's minimum jurisdiction.

_____
Mack Clayton                (CLA047)
Attorney for Plaintiff

Mack Clayton, Attorney at Law, PC
P.O. Box 221
Alexander City, AL 35011-0221
(256) 329-0432
(256) 329-1586 fax
jmclayton@charter.net

Plaintiff demands trial by struck jury on all issues.

_____
Mack Clayton

STATE OF ALABAMA         )
TALLAPOOSA COUNTY        )

Before me, the undersigned authority, a Notary Public in and for said County, in said State, personally appeared WILLIAM C. MEIGS, who being by me first duly sworn, deposes and says that the allegations contained in the foregoing complaint are true and correct to the best of his information, knowledge and belief.

_____
WILLIAM C. MEIGS

Sworn to and subscribed before me this ___10___ day of ___August___, 2005.

_____
Notary Public