IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM C. MEIGS, d/b/a ABANDA TIMBER, <br><br> Plaintiff, <br><br> v. <br><br> PROGRESSIVE SPECIALTY INSURANCE COMPANY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO.: 3:05-cv-903 <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION TO REMAND

Comes now the defendant, Progressive Specialty Insurance Company ("Progressive"), and moves the court to remand this case to state court. In support of the motion, Progressive shows unto the court the following:

1. Progressive filed a notice of removal based upon diversity of citizenship and the amount in controversy. It claim that the federal jurisdictional amount was met because the plaintiff was seeking an unspecified amount of punitive damages for bad faith.

2. The plaintiff has now agreed to cap his damages at $75,000. Thus, the parties agree to remand this case to state court.

3. The plaintiff joins in this motion.

/s/ R. Larry Bradford
R. Larry Bradford, Attorney for Defendant
Attorney Bar Code: BRA039

OF COUNSEL:

Bradford & Sears, P.C.
2020 Canyon Road, Suite 100
Birmingham, AL 35216
(205) 871-7733

## CERTIFICATE OF SERVICE

I hereby certify that I have this the __14__ day of October, 2005, served a copy of the foregoing to all attorneys of record by placing a copy of same in the United States Mail, postage prepaid and properly addressed as follows:

Mack Clayton, Esq.
P.O. Box 221
Alexander City, Alabama 35011-0221

_____
OF COUNSEL