IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| WILLIAM C. MEIGS, doing business as Abanda Timber, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>PROGRESSIVE SPECIALTY INSURANCE COMPANY, )<br>)<br>  Defendant. ) | CIVIL ACTION NO.<br>3:05cv903-T<br>(WO) |

ORDER

By agreement of the parties, it is ORDERED that the motion to remand (Doc. No. 4) is granted and that this cause is remanded to the Circuit Court of Tallapoosa County, Alabama.

The clerk of the court is DIRECTED to take appropriate steps to effect the remand.

DONE, this the 18th day of October, 2005.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE